## EMRAY REALTY CORP. *v.* WEAVER, STATE RENT ADMINISTRATOR.

No. 631.   Decided January 20, 1958.

*Arnold Schildhaus* and *John Harrison Boyles* for appellant.

*Nathan Heller* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.